

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

**MEMO ENDORSED:** The conference currently scheduled for October 19, 2023 is adjourned to **November 2, 2023 at 10:00 a.m.**, and will be held in person.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: October 18, 2023

<u>*Via ECF*</u>
Hon. Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

Re:  *Allan Tannenbaum v. CityRealty.com, LLC*
      Docket No: 1:23-cv-05158-PGG

Dear Judge Gardephe:

We, the undersigned counsel for the parties, write to jointly request that the initial pretrial conference presently set for October 19, 2023 be reset to November 2, 2023 as a teleconference or video conference.

Plaintiff Allan Tannenbaum filed his Original Complaint on June 19, 2023. On June 26, 2023, this Court issued a Notice of Pretrial Conference scheduling the initial pretrial conference for October 19, 2023 at 10:45 am. ECF No. 7. On September 27, 2023, the parties submitted a third stipulation to extend Defendant CityRealty.com, LLC's deadline to answer to October 23, 2023. ECF No. 15.

The parties are presently engaged in productive settlement discussions. Accordingly, and pursuant to Rule I(a) of Your Honor's Individual Practices in Civil Cases and Local Rule 7.1(d), the parties respectfully and jointly request that the Pretrial Conference be rescheduled to **November 2, 2023** and via teleconference or video conference.

This is the parties' first request for a continuance of the Pretrial Conference on this matter. We thank the Court for its time and consideration of this request.

Respectfully submitted,

| | |
|---|---|
| s/ Emily B. Kirsch | s/ Renee J. Aragona |
| Emily B. Kirsch | Renee J. Aragona |
| emily.kirsch@kirschniehaus.com | raragona@sanderslaw.group |
| **KIRSCH & NIEHAUS PLLC** | **SANDERS LAW GROUP** |
| 950 Third Avenue, Suite 1900 | 333 Earle Ovington Blvd. Suite 402 |
| New York, NY 10022 | Uniondale, NY 11553 |
| Tel: (646) 415-7530 | Tel: (516) 203-7600 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |